# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0008.  DEXTER GOODHALL v. WORLD WIDE TRADING, INC.**

This emergency motion, which was filed on August 11 and docketed on August 14, 2023, seeks a seven-day extension of time to file an application from a series of orders and judgments entered below. The motion is GRANTED. Goodhall may file an application no later than Friday, August 18, 2023. This extension shall not be construed as a consent to this Court's jurisdiction in the matter.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*